UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PUGET SOUNDKEEPER ALLIANCE, et al.,

        Plaintiffs,

v.

ARDAGH GLASS INC.,

        Defendant.

C20-284 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court treats the parties' Joint Stipulation and Proposed Federal Rule of Evidence 502(d) Order, docket no. 12, as a protective order filed pursuant to Local Civil Rule 26(c). The parties have not adequately and specifically described the justification for the order or indicated how the proposed order departs from the district's model protective order, as required by Local Civil Rule 26(c). Therefore, the Court DECLINES to sign the order.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of May, 2020.

                              William M. McCool
                              Clerk

                              s/Karen Dews
                              Deputy Clerk

MINUTE ORDER - 1