HON. THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE and WASTE ACTION PROJECT,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>ARDAGH GLASS INC.,<br><br>　　　　　　　Defendant. | No. 2:20-cv-00284-TSZ<br><br>ORDER GRANTING STIPULATED MOTION FOR LEAVE TO AMEND THE COMPLAINT |

The parties' Stipulated Motion for Leave to Amend Complaint, docket no. 16, is GRANTED. Plaintiffs are DIRECTED to file the amended complaint within fourteen days of the entry of this Order.

DATED this 6th day of August, 2020.

_____
Thomas S. Zilly
United States District Judge

ORDER GRANTING STIPULATED MOTION
FOR LEAVE TO AMEND COMPLAINT - 1

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

1  Presented by:

2  SMITH & LOWNEY, PLLC

3  */s/Richard A. Smith*
   Richard A. Smith, WSBA #21788

4  */s/Meredith A. Crafton*
   Meredith Crafton, WSBA #46558

5  Attorneys for Plaintiffs
   2317 E. John St., Seattle, WA 98112

6  Tel: (206) 860-2883
   Fax: (206) 860-4187

7  richard@smithandlowney.com
   meredith@smithandlowney.com

8  *Attorneys for Plaintiffs*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING STIPULATED MOTION
FOR LEAVE TO AMEND COMPLAINT - 2

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883