UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ARDAGH GLASS INC,<br><br>　　　　　　　　　　Defendant. | C20-284 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)　This matter having come before the Court on the parties' stipulated motion for continuance of the deadlines to file amending pleadings and disclosure of expert testimony under FRCP 26(a)(2), docket no. 20, and the Court having reviewed the file and pleadings herein, and being otherwise fully advised on the matter, hereby finds and concludes that good cause exists to continue the deadlines for filing amending pleadings and disclosure of expert testimony under FRCP 26(a)(2) forty-five (45) days. The schedule set forth in the scheduling order (Dkt. 14) is amended; the deadline for amending pleadings is May 13, 2021 and for disclosure of expert testimony under FRCP 26(a)(2) is May 13, 2021.

//

//

MINUTE ORDER - 1

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of March, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2