HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PUGET SOUNDKEEPER ALLIANCE
and WASTE ACTION PROJECT,

       Plaintiff,

v.

ARDAGH GLASS INC.,

       Defendant.

C20-284 TSZ

ORDER

## ORDER

This matter having come before the Court on the parties' stipulated motion for continuance of the deadlines to file amending pleadings and disclosure of expert testimony under FRCP 26(a)(2), docket no. 22, and the Court having reviewed the file and pleadings herein, and being otherwise fully advised on the matter, hereby finds and concludes that good cause exists to continue the deadlines for filing amending pleadings and disclosure of expert testimony under FRCP 26(a)(2). The schedule set forth in the scheduling order (docket nos. 14 and 21) is amended; the new case deadlines and trial schedule are as follows:

| | |
|---|---|
| **BENCH TRIAL DATE** | January 24, 2022 |
| Length of Trial | 10 days |
| Deadline for amending pleadings | July 12, 2021 |
| Disclosure of expert testimony under FRCP 26(a)(2) | July 12, 2021 |

ORDER - 1
C20-284 TSZ

58014306.v1

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

| | |
|---|---|
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | August 26, 2021 |
| Discovery completed by | October 4, 2021 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | November 4, 2021 |
| All motions related to expert witnesses (*e.g.*, a Daubert motion) must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | November 18, 2021 |
| All motions in limine should be filed by and noted on the motion calendar no later than the Friday before the Pretrial Conference. (See LCR 7(d)(4)) | December 27, 2021 |
| Trial Briefs and Agreed Pretrial Order due | January 7, 2022 |
| Proposed Findings of Fact and Conclusions of Law, and designations of deposition testimony pursuant to CR32(e) due | January 10, 2022 |
| Pretrial conference to be held at **10:30 AM** on | January 14, 2022 |

IT IS SO ORDERED

Dated this 6th day of May 2021

_____
THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

Presented by:

**Smith & Lowney, PLLC**

By: *s/Meredith A. Crafton*
    Meredith A. Crafton, WSBA No. 46558
    Richard A. Smith, WSBA No. 21788
    Attorneys for Plaintiffs