UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE; and WASTE ACTION PROJECT,<br><br>                    Plaintiffs,<br><br>    v.<br><br>ARDAGH GLASS INC.,<br><br>                    Defendant. | C20-284 TSZ<br><br>MINUTE ORDER |

   The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

   (1)   The Court has preliminarily approved the parties' Consent Decree as submitted in their Joint Stipulated Motion, docket no. 24. The Clerk is DIRECTED to REOPEN the case. The parties shall notify the Court when final entry of judgment based on the Consent Decree may be entered.

   (2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

   Dated this 29th day of July, 2021.

                                                            Ravi Subramanian
                                                            Clerk

                                                            s/Gail Glass
                                                            Deputy Clerk

MINUTE ORDER - 1